UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN HOUGHTALING,<br><br>Defendant. | **NOTICE OF APPEARANCE**<br><br>Case No. 21 Cr. 220 (VAB) |

PLEASE TAKE NOTICE that Richard F. Albert hereby appears as counsel for Defendant Steven Houghtaling in the above-captioned action and requests that copies of all papers be served upon the undersigned at the address set forth below.

I certify that I am admitted or otherwise authorized to practice before this court.

Dated: New York, New York
       December 20, 2021

                                        MORVILLO ABRAMOWITZ GRAND
                                        IASON & ANELLO P.C.

                                By:     /s/ Richard F. Albert
                                        Richard F. Albert (phv07332)
                                        565 Fifth Avenue
                                        New York, NY 10017
                                        Telephone: (212) 880-9560
                                        Fax: (212) 856-9494
                                        ralbert@maglaw.com

                                        *Attorney for Defendant Steven Houghtaling*