# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 3:21-CR-220 (VAB)/(RAR) |
| MAHESH PATEL, ROBERT HARVEY, ) | |
| HARPREET WASAN, STEVEN ) | |
| HOUGHTALING, TOM EDWARDS and ) | March 29, 2023 |
| GARY PRUS, ) | |

## MOTION TO EXCUSE LOCAL COUNSEL FROM TRIAL ATTENDANCE

The undersigned, as local counsel for Defendant, Steven Houghtaling, hereby moves, pursuant to Local Civil Rule 83.1(d)(2), to be excused from daily attendance at trial, which is now underway and expected to continue for approximately five weeks.

Mr. Houghtaling is represented by Attorney Richard Albert and his colleagues from Morvillo Abramowitz Grand Iason & Anello P.C., all of whom are admitted *pro hac vice* and are fully prepared and capable of trying this matter themselves. Accordingly, while the undersigned may participate at some later point, requiring daily trial attendance would be unnecessary and create an unwarranted additional expense.

Respectfully submitted,

 /s/ Patrick A. Klingman
Patrick A. Klingman (ct17813)
KLINGMAN LAW, LLC
280 Trumbull Street Floor 21
Hartford, CT 06103-3514
(860) 256-6120
pak@klingmanlaw.com

Richard F. Albert (phv07332)
Morvillo Abramowitz Grand Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
(212) 880-9560
ralbert@maglaw.com

Counsel for Steven Houghtaling